**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ANTHONY MADRID,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R.H. TRIMBLE, Warden,<br><br>　　　　　　Respondent. | Case No. EDCV 12-0962 PSG (SS)<br><br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 11/6/13

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE